United States District Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NE SHORE TECHNOLOGIES, INC., §<br>*Plaintiff,* §<br>§<br>V. §<br>§<br>PROFESSIONAL CREDENTIALS EXCHANGE, §<br>INC., §<br>*Defendant.* § | CIVIL ACTION NO. 4:23cv3413 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 21, 2024 (Dkt.29 ) and the objections thereto (Dkt. 30), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff must file an Amended Complaint in accordance with the Memorandum and Recommendation within 14 days of entry of this Order of Adoption.

SIGNED at Houston, Texas this *16th* day of July, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE