United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NE SHORE TECHNOLOGIES, INC., *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv3413 |
| PROFESSIONAL CREDENTIALS EXCHANGE, INC., *Defendants*. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 30, 2025 (Dkt. 72) and the objections thereto (Dkt. 74), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that Plaintiff's objections are **OVERRULED**. It is further **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this ___2nd___ day of December, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE