United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

NE SHORE TECHNOLOGIES, INC.,
*Plaintiff,*                                      §
                                                  §
V.                                                §      CIVIL ACTION NO. 4:23cv3413
                                                  §
PROFESSIONAL CREDENTIALS EXCHANGE, INC.,          §
*Defendants.*                                     §

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are dismissed in their entirely with prejudice and Plaintiff shall take nothing on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas this __2 nd__ day of December, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE