United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

NE SHORE TECHNOLOGIES, INC.,
*Plaintiff,*

§
§
§

V.

§

CIVIL ACTION NO. 4:23cv3413

§
PROFESSIONAL CREDENTIALS EXCHANGE, INC.,  §
*Defendants*

§
§

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 30, 2026 (Dkt. 93) and no objections having been filed, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court. In accordance with the Memorandum and Recommendation, Defendant timely filed its Supplemental Declaration of John L. Ackley in Support of Defendant Professional Credentials Exchange, Inc.'s Motion for Attorneys' Fees and Costs. (Dkt. 94). Having reviewed the Supplemental Declaration, to which no objection was filed, the Court finds that Defendant is entitled to an award of $108,197.50 in reasonable and necessary attorneys' fees.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

The Court will issue a separate Amended Final Judgment.

**SIGNED** at Houston, Texas this **27th** day of May, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE