United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

NE SHORE TECHNOLOGIES, INC.,
*Plaintiff,*

§
§
V.                                                          §          CIVIL ACTION NO. 4:23cv3413
§
PROFESSIONAL CREDENTIALS EXCHANGE, INC.,   §
*Defendants.*                                               §

## AMENDED FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered December 2, 2025 and in accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations on attorneys' fees, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED in their entirely WITH PREJUDICE** and Plaintiff shall take nothing on the claims asserted in this case.

It is further **ORDERED** and **ADJUDGED** that Defendant shall recover from Plaintiff $108,197.50 as its reasonable and necessary attorneys' fees incurred in this case.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this _27th_ day of May 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE